**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

**JOHN ANTHONY BANDY,**

     **Plaintiff,**

**v.**                                                                         **Case No.: 5:21-cv-35**

**SHENANDOAH GROWERS, INC.,**

     **Defendant.**

## STIPULATION OF DISMISSAL

The parties hereto stipulate and agree that this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

WE ASK FOR THIS:

/s/ N.Winston West, IV
Thomas E. Strelka, Esq. (VSB No. 75488)
L. Leigh R. Strelka, Esq. (VSB No. 73355)
N. Winston West, Esq. (VSB No. 92598)
Brittany M. Haddox, Esq. (VSB No. 86416)
Monica L. Mroz, Esq. (VSB No. 65766)
STRELKA LAW OFFICE, PC
Warehouse Row
119 Norfolk Avenue, SW, Suite 330
Roanoke, VA 24011
Tel: 540-283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com
brittany@strelkalaw.com
Monica@strelkalaw.com

*Counsel for Plaintiff*

   /s/ Amanda Weaver*
Laura Windsor, Esq.
Amanda Weaver, Esq.
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA 23219
lwindsor@williamsmullen.com
aweaver@williamsmullen.com
Tel: (804) 420-6478

*Counsel for Defendant*

*Signed with permission of counsel

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 10th day of January, 2022, I caused the foregoing to filed via

the Court's CM/ECF system, which simultaneously sent notice to the following:

Laura Windsor, Esq.
Amanda Weaver, Esq.
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA 23219
lwindsor@williamsmullen.com
aweaver@williamsmullen.com
Tel: (804) 420-6478

/s/ N. Winston West, IV